# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNION PACIFIC RAILROAD COMPANY,**
       Plaintiff,

v.                                                                  Case No. 08C938

**BRAHM INTERNATIONAL LTD.**
       Defendant.

## ORDER

After I granted default judgment to plaintiff, plaintiff submitted a bill of costs for $543.00 under Fed. R. Civ. P. 54(d). The prevailing party is presumed to be entitled to its costs. <u>Gardner v. S. Ry. Sys.</u>, 675 F.2d 949, 954 (7th Cir. 1982). Defendant objects, stating that it acted on behalf of a third party and that it is out of business. However, I entered judgment solely against defendant. Upon reviewing the affidavits, I find that costs are appropriate.

Therefore,

**IT IS ORDERED** that plaintiff may recover as costs $543.00.

Dated at Milwaukee, Wisconsin, this 26 day of January, 2010.

                                                  /s_____
                                                  LYNN ADELMAN
                                                  District Judge